Ashley M. Simonsen (Bar No. 275203)
Alexander L. Schultz (Bar No. 340212)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com
Email: aschultz@cov.com

Isaac D. Chaput (Bar No. 326923)
Amy S. Heath (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ichaput@cov.com
Email: aheath@cov.com

David N. Sneed (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662 5027
Facsimile: (202) 778-5027
Email: dsneed@cov.com

*Attorneys for Defendant Apple Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| "AMY" and "JESSICA," on behalf of themselves and others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>APPLE INC.<br><br>     Defendant. | Civil Case No.: 5:24-cv-08832-NW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT; STIPULATED REQUEST TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge: Hon. Noël Wise |

1       Pursuant to Civil L.R. 6-1(a), Defendant Apple Inc. ("Defendant") and Plaintiffs Amy and

2 Jessica ("Plaintiffs") respectfully submit the following Stipulation (Without Court Order) Extending

3 Time to Respond to the First Amended Complaint.

4       Pursuant to Civil L.R. 6-1(b) and 6-2, the Parties also respectfully submit the following

5 Stipulated Request to Set Briefing Schedule for Motion to Dismiss and to Reschedule Case Management

6 Conference.

7 **STIPULATION**

8       WHEREAS, on December 7, 2024, Plaintiffs filed the initial complaint in this action (Dkt. 1);

9       WHEREAS, on December 19, 2024, Plaintiffs served Defendant with the summons and complaint

10 (Dkt. 22);

11       WHEREAS, on December 30, 2024, the Court entered a Stipulation and Order (Dkt. 31) setting the

12 following briefing schedule for the Motion to Dismiss Complaint: Defendant's motion to dismiss due by

13 February 6, 2025; Plaintiffs' opposition due by March 20, 2025; and Defendants' reply due by April 17,

14 2025;

15       WHEREAS, on February 6, 2025, Defendant filed its motion to dismiss the initial complaint (Dkt.

16 41);

17       WHEREAS, on February 24, 2025, the Court ordered the parties to file a Joint Case Management

18 Statement on or before March 17, 2025 (Dkt. 45);

19       WHEREAS, on March 10, 2025 the Court granted the Parties' stipulation to extend Plaintiffs' time to

20 respond to the Motion to Dismiss and to File a Joint Case Management Statement where the Court set the

21 following deadlines: Plaintiffs shall file an opposition to the motion to dismiss on April 21, 2025;

22 Defendant's reply in support of its motion to dismiss shall be filed on May 21, 2025; the Case Management

23 Conference will be held on June 18, 2025; and the Joint Case Management Statement is due from the Parties

24 on June 4, 2025 (Dkt. 47);

25       WHEREAS, on April 21, 2025, the Court granted in part the Parties' stipulation to further extend

26 Plaintiffs' time to respond to the Motion to Dismiss and to File Joint Case Management Statement where the

27 Court set the following deadlines:  Plaintiffs shall file an opposition to the motion to dismiss on May 2,

28

2

2025; Defendant's reply in support of its motion to dismiss shall be filed on June 2, 2025; the hearing on the motion to dismiss and Initial Case Management Conference will be held on June 18, 2025; and the Joint Case Management Statement is due from the Parties on June 4, 2025 (Dkt. 55);

WHEREAS, on May 2, 2025, Plaintiffs filed the operative First Amended Complaint (Dkt. 56) in lieu of an opposition to the motion to dismiss;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendant's response to the First Amended Complaint would be due on May 16, 2025; and

WHEREAS, pursuant to Civil L.R. 6-1(a), which allows parties to stipulate in writing without court order to extend a defendant's time within which to answer or otherwise respond to a complaint, the Parties have conferred and agree that Defendant shall file any motion to dismiss (or otherwise respond to) the First Amended Complaint by June 13, 2025.

THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree that Defendant shall have until June 13, 2025, to file any motion to dismiss the First Amended Complaint.

## STIPULATED REQUEST

WHEREAS, the Parties agree that resolution of any forthcoming motion to dismiss the First Amended Complaint would benefit from extending the opposition and reply deadlines to accommodate the schedules of the Parties and their counsel;

WHEREAS, the Parties further agree that the Initial Case Management Conference should be held concurrently with any hearing on the forthcoming motion to dismiss;

WHEREAS, the Parties have stipulated and agreed that Defendant shall have until June 13, 2025, to move to dismiss the First Amended Complaint;

WHEREAS, there have been no other time modifications in this case other than those stated above;

WHEREAS, no events or deadlines already fixed by Court order would be affected by the time modification requested herein except for: (1) the Initial Case Management Conference that was originally scheduled to be held on the same day as the hearing on Defendant's motion to dismiss the

STIPULATION EXTENDING TIME TO RESPOND TO FIRST
AMENDED COMPLAINT; STIPULATED REQUEST TO SET
BRIEFING SCHEDULE FOR MOTION TO DISMISS AND TO
RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED]
ORDER

Case No. 5:24-cv-08832-NW

1    initial complaint (June 18, 2025), which this Stipulated Request proposes be rescheduled to the same

2    day as any hearing on Defendant's forthcoming motion to dismiss the First Amended Complaint; and (2)

3    the associated deadline for the parties to file a Joint Case Management Statement (June 4, 2025), which

4    this Stipulated Request proposes be moved to 14 days before the rescheduled Initial Case Management

5    Conference;

6        WHEREAS, Defendant does not waive, and expressly reserve, all defenses.

7        THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate

8    and agree to, and respectfully request that the Court order, the following deadlines:

9        1.    Defendant shall have until June 13, 2025 to file its motion to dismiss the First Amended

10   Complaint;

11       2.    Plaintiff shall have until July 25, 2025 to file an opposition to the motion to dismiss; and

12       3.    Defendant shall have until August 22, 2025 to file a reply in support of the motion to

13   dismiss; and

14       4.    The hearing on the motion to dismiss and the Initial Case Management Conference shall

15   be set for September 17, 2025, at 9:00 a.m., or a time thereafter convenient for the Court; and

16       5.    The Joint Case Management Statement shall be filed 14 days before the Initial Case

17   Management Conference.

18

19                        **[PROPOSED] ORDER**

20       PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22   DATED:_____        By:_____

23                                            Hon. Noël Wise
                                             United States District Judge
24

25

26

27

28

4

1

2

DATED:  May 6, 2025                    Respectfully submitted,

3

By: /s/ James R. Marsh                 By:    /s/ Isaac D. Chaput

4

5

Micha S. Liberty                       Ashley M. Simonsen (Bar No. 275203)
LIBERTY LAW                            Alexander L. Schultz (Bar No. 340212)

6

California Bar No. 215687              COVINGTON & BURLING LLP
1999 Harrison Street, Ste. 1800       1999 Avenue of the Stars

7

Oakland, CA 94612                      Los Angeles, California 90067
Tel: (510) 645-1000                    Telephone: (424) 332-4800

8

Email: micha@libertylaw.com            Facsimile: (424) 332-4749
                                       Email: asimonsen@cov.com

9

James R. Marsh (*pro hac vice* pending)   Email: aschultz@cov.com
Margaret E. Mabie (*pro hac vice* pending)

10

Helene M. Weiss (*pro hac vice* to be filed)   Isaac D. Chaput (Bar No. 326923)
MARSH LAW FIRM PLLC                    Amy S. Heath (Bar No. 312516)

11

31 Hudson Yards, 11th Fl              COVINGTON & BURLING LLP
New York, NY 10001                     Salesforce Tower

12

Tel: (212) 372-3030                    415 Mission Street, Suite 5400
Email: jamesmarsh@marsh.law            San Francisco, California 94105

13

margaretmabie@marsh.law                Telephone: (415) 591-6000
heleneweiss@marsh.law                  Facsimile: (415) 591-6091

14

                                       Email: ichaput@cov.com

15

Hillary Nappi (*pro hac vice*)         Email: aheath@cov.com
Frank R. Schirripa (*pro hac vice*)

16

HACH ROSE SCHIRRIPA & CHEVERIE LLP     David N. Sneed (*pro hac vice*)

17

112 Madison Avenue, 10th Fl           COVINGTON & BURLING LLP
New York, NY 10016                     One CityCenter, 850 Tenth Street, NW

18

Tel : (212) 213-8311                   Washington, DC 20001-4956
Email: hnappi@hrsclaw.com              Telephone: (202) 662 5027

19

Email: fschirripa@hrsclaw.com          Facsimile: (202) 778-5027
                                       Email: dsneed@cov.com

20

*Attorneys for Plaintiffs Amy and Jessica*

21

                                       *Attorneys for Defendant Apple Inc.*

22

23

**FILER'S ATTESTATION**

24

        Pursuant to Civil L.R. 5-1(i)(3), I, Isaac D. Chaput, hereby attest that concurrence in the filing of

25

this document has been obtained from each of the above signatories.

26

27

Dated: May 6, 2025                     By: /s/ Isaac D. Chaput
                                            Isaac D. Chaput

28

STIPULATION EXTENDING TIME TO RESPOND TO FIRST        Case No. 5:24-cv-08832-NW
AMENDED COMPLAINT; STIPULATED REQUEST TO SET
BRIEFING SCHEDULE FOR MOTION TO DISMISS AND TO
RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED]
ORDER