Ashley M. Simonsen (Bar No. 275203)
Alexander L. Schultz (Bar No. 340212)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com
Email: aschultz@cov.com

David N. Sneed (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662 5027
Facsimile: (202) 778-5027
Email: dsneed@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| "AMY" and "JESSICA," on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC.<br><br>   Defendant. | Civil Case No.: 5:24-cv-08832-NW<br><br>**DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (MOTION TO DISMISS FIRST AMENDED COMPLAINT)**<br><br>Place: Courtroom 3<br>Judge: The Honorable Noël Wise |

1

DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (MOTION TO DISMISS FIRST AMENDED COMPLAINT)

Case No. 5:24-cv-08832-NW

Pursuant to Civil Local Rule 79-5(f), Defendant Apple Inc. respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding Apple's Motion to Dismiss the First Amended Complaint. In the First Amended Complaint (Dkt. 56), Plaintiffs redacted the states of Plaintiffs' residence and references to those states' laws. Plaintiffs filed an Administrative Motion to Seal that information, and the Court granted the motion. *See* Dkts. 55, 60. Accordingly, Apple provisionally redacts Plaintiffs' states of residence and citations to those states' laws in its Motion to Dismiss. Plaintiffs informed Apple that Apple does not need to redact quotations from authorities in those states. Apple takes no position on whether sealing this information is appropriate and reserves the right to contest whether sealing is appropriate. *See* Civ. L.R. 79-5(f)(1), (4).

DATED: June 13, 2025

Respectfully submitted,

By:   /s/ Isaac D. Chaput

Ashley M. Simonsen (Bar No. 275203)
Alexander L. Schultz (Bar No. 340212)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com
Email: aschultz@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: ichaput@cov.com

David N. Sneed (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW

Washington, DC 20001-4956  
Telephone: (202) 662 5027  
Facsimile: (202) 778-5027  
Email: dsneed@cov.com  

*Attorneys for Defendant Apple Inc.*