Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: (650) 632-4700
Email: ehenn@cov.com
Email: kcahoy@cov.com

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| "AMY" and "JESSICA," on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>APPLE INC.<br><br>          Defendant. | Civil Case No.: 5:24-cv-08832-NW<br><br>**DEFENDANT APPLE INC.'S STATEMENT OF RECENT DECISION**<br><br>Date: May 1, 2026 (now vacated)<br>Time: 9:00 a.m.<br>Place: Courtroom 3<br>Judge: The Honorable Noël Wise |

Pursuant to Civil Local Rule 7-3(d), Defendant Apple Inc. ("Apple") submits this Statement of Recent Decision to bring to the Court's attention the Ninth Circuit's decision in *Doe 1 v. Meta Platforms, Inc.*, __ F.4th __, 2026 WL 1144707 (9th Cir. Apr. 28, 2026).  Apple submits this decision in support of its Motion to Dismiss Plaintiffs' Second Amended Complaint on the ground that Plaintiffs' claims are barred by Section 230 of the Communications Decency Act.  *See* Dkt. No. 81 at 8–14; Dkt. No. 84 at 2–10.

DATED: April 30, 2026

Respectfully submitted,

By:      */s/ Emily Johnson Henn*

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: (650) 632-4700
Email: ehenn@cov.com
Email: kcahoy@cov.com

*Attorneys for Defendant Apple Inc.*

DEFENDANT APPLE INC.'S STATEMENT OF RECENT DECISION