James R. Marsh (*pro hac vice*)
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Fl
New York, New York 10001
Phone: 212–372–3030
Email: jamesmarsh@marsh.law

Micha S. Liberty (Bar No. 215687)
**LIBERTY LAW**
1999 Harrison Street, Suite 1800
Oakland, California 94612
Phone: 510–645–1000
Email: micha@libertylaw.com

Attorneys for Plaintiffs "Amy" and "Jessica"

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| "AMY" and "JESSICA" on behalf of themselves and others similarly situated, | Civil Case No. 5:24–cv–08832–NW |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF APPEAL** |
| v. | |
| APPLE, INC. | |
| Defendant. | Judge: Honorable Noël Wise |

NOTICE IS HEREBY GIVEN that Plaintiffs "AMY" and "JESSICA," by and through counsel, appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order dated July 13, 2026 (ECF No. 101), and all orders and rulings that merge into the Judgment pursuant to Federal Rule of Appellate Procedure 3(c)(4)-(6).

The representation statement required by Fed. R. App. P. 12(b) and Ninth Circuit Rules 3-2 and 12-2 is filed simultaneously herewith.

PLAINTIFFS' NOTICE OF APPEAL                                              Civil Case No. 5:24–cv–08832–NW

1

DATED:  August 12, 2026

Respectfully Submitted,

_____/s/_____

James R. Marsh
Attorney for Plaintiffs "AMY" and "JESSICA"
James R. Marsh (*pro hac vice*)
Margaret E. Mabie (*pro hac vice*)
Helene M. Weiss (*pro hac vice*)
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Fl
New York, New York 10001
Phone: 212–372–3030
Email:  jamesmarsh@marsh.law
Email:  margaretmabie@marsh.law
Email:  heleneweiss@marsh.law

Frank Schirripa (pro hac vice)
**Hach Rose Schirripa & Cheverie LLP**
112 Madison Avenue, 10th Fl.
New York, NY 10016
Phone: 212-213-8311
Fax:    212-779-0028
Email:  fschirripa@hrsclaw.com

Hillary M. Nappi (pro hac vice)
**AWK-SURVIVOR ADVOCATE ATTORNEYS**
1133 Westchester Ave, Suite N-224
White Plains, NY 10604
Phone:  914-468-4840
Email:   hnappi@awk-saa.com

Micha S. Liberty (Bar No. 215687)
**LIBERTY LAW**
1999 Harrison Street, Suite 1800
Oakland, California 94612
Phone: 510–645–1000
Email:  micha@libertylaw.com

*Attorneys for Plaintiffs "AMY" and "JESSICA"*